IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARBARA CUTRONE, | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **PETITION FOR** |
| WAL-MART STORES EAST, L.P. AND | ) | **REMOVAL** |
| WALMART STORES, INC., | ) | |
| | ) | |
| Petitioners/Defendants. | ) | |
| | ) | JULY 1, 2020 |

NOW COME petitioners/defendants Wal-mart Stores East, L.P. and Wal-mart Stores, Inc., by and through their undersigned its undersigned counsel respectfully petition this Honorable Court as follows:

1. Petitioner is the defendant in a civil action captioned *Barbara Cutrone v. Walmart Stores East, L.P., et al*., which matter has been filed in the Connecticut Superior Court, Judicial District of Fairfield at Bridgeport, docket number FBT-CV20-6097605-S (hereafter, the "state court action"). A copy of the Summons and Complaint in the state court action is filed as Exhibits A and B to this petition, respectively.

2. The Complaint in the state court action sounds in negligence and arises from an interior slip and fall incident alleged to have occurred September 10, 2018, within the interior of the Wal-Mart store located at 465 Bridgeport Avenue, Shelton, Connecticut. In her Complaint, the Plaintiff alleges she was a business invitee of the Petitioner, and was caused to fall as a result of water in the floor near the shopping cart

1

area.  *Please see Complaint (Exhibit B), Paras. 3 – 7.*  The Plaintiff alleges that this slip and fall was proximately caused by the negligence of the Petitioners, and that she sustained serious, painful and permanent injuries and losses as a result.  *Please see Exhibit B, Paras. 8 – 10.*

3. Among the permanent injuries and losses claimed by the Plaintiff are the following: lumbar disc injury requiring surgical repair, lumbar radiculopathy, sacrum and coccyx pain, right wrist and hand sprain, carpal tunnel syndrome in the right wrist, and an aggravation of a pre-existing arthritic condition in her right wrist.  *Please see Exhibit B, Para. 9.*  The Plaintiff claims to have been forced to undergo medical care and treatment (including low back surgery), and further claims she has incurred and will continue to incur significant medical expenses.  Finally, she claims general pain and suffering, loss of income, and loss of enjoyment of life's activities.  *Please see Exhibit B. Paras. 10 – 13.*

4. This action is being removed to the District Court pursuant to Title 28, United States Code § 1441(a). In support of this Petition for Removal, Petitioners respectfully state and represent to the Court as follows:

   a. By Complaint dated June 5, 2020, Plaintiff filed suit against the Petitioners. Service was accomplished upon the Petitioners on June 8, 2020, through their registered agent for service of process. The Complaint seeks venue in the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport.

   b. The Plaintiff is a resident of Shelton, Connecticut.  *Please see Exhibit A, Summons*.

      c.      Petitioner Wal-Mart Stores, Inc., is a corporation duly licensed and registered under the laws of the State of Delaware, having its principal place of business in Bentonville, Arkansas.

      d.      Petitioner Wal Mart Stores East, L.P., is a Delaware limited partnership with its principal place of business being Bentonville, Arkansas. The sole general partner of Wal-Mart Stores East, L.P. is WSE Management, LLC. WSE Management, LLC is a sole-member Delaware limited liability company, with its principal place of business being Bentonville, Arkansas. The sole limited partner of Wal-Mart Stores East, L.P. is WSE Investment, LLC. WSE Investment, LLC is a sole-member Delaware limited liability company, with its principal place of business being Bentonville, Arkansas. The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, Inc. Wal-Mart Stores East, Inc. is a Delaware corporation, with its principal place of business being Bentonville, Arkansas. The parent corporation and sole shareholder of Wal-Mart Stores East, Inc. is Wal-Mart, Inc. Wal-Mart, Inc. is a Delaware corporation, with its principal place of business being Bentonville, Arkansas.

      e.      In her Complaint, the Plaintiff alleges that as a result of the subject incident, she suffered multiple physical injuries and monetary losses, which are serious and permanent in nature and required surgical intervention, including those injuries described in detail above. She further asserts a claim of a permanent disability and inability to perform her usual activities without pain, and that she has sustained a loss of income. Thus, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the Plaintiff and the Petitioners, and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

6. Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to the Plaintiff's claims occurred within the State of Connecticut and the Petitioners are subject to personal jurisdiction in Connecticut.

7. Pursuant to 28 U.S.C. §1446(d), the Petitioners have notified the Superior Court, State of Connecticut, of the filing of this Petition and requested that proceedings in the state court action be discontinued. A true copy of the notice of removal filed with the Superior Court is filed herewith as Exhibit C.

WHEREFORE, based upon the foregoing, Petitioners respectfully request that the state court action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport, docket no. FBT-CV20-6097605-S, be discontinued.

    Respectfully submitted,

    DEFENDANTS/PETITIONERS,
    WAL-MART STORES, EAST, L.P.
    AND WAL-MART STORES, INC.

By: /s/ *Michael P. Kenney*
Michael P. Kenney
Federal Bar No. ct26768
RYAN RYAN DELUCA LLP
185 Asylum St., 6th Floor
Hartford CT 06103
Ph: 860-785-5157
Fax: 860-785-5040
mpkenney@ryandelucalaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARBARA CUTRONE, | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF** |
| WAL-MART STORES EAST, L.P. AND | ) | **SERVICE** |
| WALMART STORES, INC., | ) | |
| | ) | |
| Petitioners/Defendants. | ) | JULY 1, 2020 |
| _____ | ) | |

    I hereby certify that on July 1, 2020, a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>A copy of the foregoing was mailed to</u>:

Jessica Ayala, Esq.
Carter Mario Injury Lawyers
12 Montowese Avenue
North Haven CT 06473
*Attorneys for the Plaintiff*

                                                                   /s/ *Michael P. Kenney*
                                                                   Michael P. Kenney
                                                                   Fed. Bar No. ct26768